Boock, Appellant, v. Acme Markets, Inc.

Argued May 26, 1943. Before MAXEY, C. J.; DREW, LINN, STERN, PATTERSON, PARKER and STEARNE, JJ.

504

*F. A. Vosburg,* of *Vosburg & Vosburg,* for appellant.

*Matthew Mackie,* of *Murphy, Mackie & Law,* for appellee, was not heard.

PER CURIAM, June 30, 1943:
The judgment of the court below is affirmed on the opinion of that court.